1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney

2
   DOUG SPRAGUE (CSBN 202121)
3  Acting Chief, Criminal Division

4  KESLIE STEWART (CSBN 184090)
   Assistant United States Attorney
5
     1301 Clay Street, Suite 340S
6    Oakland, California 94612
     Telephone: (510) 637-3709
7    Facsimile: (510) 637-3724

8  Attorneys for Plaintiff

9                    UNITED STATES MAGISTRATE COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                              OAKLAND DIVISION

12 UNITED STATES OF AMERICA,       )   No.   4-07-70330 WDB
                                   )
13      Plaintiff,                 )   STIPULATED MOTION AND ORDER
                                   )   CONTINUING PRELIMINARY
14      v.                         )   HEARING OR ARRAIGNMENT DATE
                                   )   AND WAIVING TIME UNDER SPEEDY
15 RAHSAAN ROLAND ROBINSON,        )   TRIAL ACT TO JULY 24, 2007 at 10:00
                                   )   a.m.
16      Defendant.                 )
                                   )
17

18      With the agreement of the parties, and with the consent of the defendant, the Court enters

19 this order pursuant to Federal Rule of Criminal Procedure 5.1(d) continuing the arraignment or

20 preliminary hearing date for Defendant Rahsaan Roland Robinson to July 24, 2007 at 10:00 a.m.

21 before the Honorable Wayne D. Brazil.  The parties appeared before the Court on June 11, 2007

22 and the Court found good cause to continue the preliminary hearing date to July 10, 2007.  Given

23 the intervening holiday and the ongoing discussions between the parties, counsel for the

24 defendant believes that further postponing the preliminary hearing is in her client's best interest

25 and that it is not in her client's best interest for the United States to present an indictment before

26 the current July 10, 2007 preliminary hearing date.  The parties agree that – taking into account

27 the public interest in prompt disposition of criminal cases – good cause exists for this extension.

28      Defendant also agrees to toll and to waive for this period of time any time limits

   applicable under Title 18, United States Code, Section 3161.  The parties agree and stipulate that

   defense counsel needs time to review discovery and that an exclusion of time under the Speedy

1  Trial Act for effective preparation of counsel is warranted pursuant to 18 U.S.C. Section
2  3161(h)(8)(A) and (B)(iv).  Undersigned defense counsel represents that she has spoken with her
3  client, Mr. Robinson, and that Mr. Robinson agrees to the continuance and to time being tolled
4  and waived as requested.

**IT IS SO STIPULATED**.

DATED:_____        _____/S/_____
                              DIANA L. WEISS
                              Attorney for Defendant


DATED:_____        _____/S/_____
                              KESLIE STEWART
                              Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**IT IS SO ORDERED.**

          6/27/07

DATED:_____        _____/s/ Wayne D. Brazil_____
                              WAYNE D. BRAZIL
                              United States Magistrate Judge

2