AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---- OFFENSE CHARGED ----

21 U.S.C. Section 846 -
Conspiracy to possess with intent
to distribute and distribute
MDMA/Ecstasy

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:

20 yrs. imprisonment; $1 million fine; 3 yrs. supervised
release; $100 special assessment

---- DEFENDANT - U.S. ----

▶ RUHSAAN ROLAND ROBINSON,

DISTRICT COURT NUMBER

CR07-00463 MJJ

FILED
JUL 19 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)
ICE-DHS and DEA

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under ▶

SHOW
DOCKET NO.

MAGISTRATE
CASE NO.

Name and Office of Person
Furnishing Information on
THIS FORM          **SCOTT N. SCHOOLS**
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)   KESLIE STEWART, AUSA

---- DEFENDANT ----

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons
   was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

From Northern District of California

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer
been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

E-filing

FILED
JUL 19 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR07-0463 MJJ |
| Plaintiff, ) | VIOLATION: |
| ) | 21 U.S.C. § 846 – Conspiracy to possess |
| v. ) | with intent to distribute and distribute |
| ) | MDMA/Ecstasy |
| RAHSAAN ROLAND ROBINSON, ) | OAKLAND VENUE |
| ) | |
| Defendant. ) | |

### INFORMATION

The United States Attorney charges:

Beginning at a time unknown to the grand jury, but no later than May 2007, and continuing to on or about June 5, 2007, in the Northern District of California, the defendant,

RAHSAAN ROLAND ROBINSON,

did knowingly and intentionally conspire to possess with the intent to distribute and to distribute a Schedule I controlled substance, namely: 500 pills of 3,4-methylenedioxy

///

///

///

INFORMATION

amphetamine, commonly known as "ecstasy," in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 846.

DATED: *July 19, 2007*

                                            SCOTT N. SCHOOLS
                                            United States Attorney

                                            /s/ Stephen Corrigan
                                            STEPHEN CORRIGAN
                                            Acting Chief, Oakland Office

(Approved as to form: */s/ Kyle Stewart* )
                     AUSA STEWART

INFORMATION                                       2