

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

*1301 Clay Street, Suite 340S*
*Oakland, California 94612-5217*
*PHONE: (510) 637-3709*
*FAX: (510) 637-3724*

July 20, 2007

Hon. Wayne D. Brazil
United States Magistrate Court
United States Courthouse
1301 Clay Street
Oakland, CA 94612

Re:   United States v. Rahsaan Roland Robinson, CR 07-00463-MJJ

Dear Judge Brazil:

    This confirms that Mr. Robinson waived indictment this morning before Judge Vadas and was arraigned on an information. The case has been assigned to Judge Jenkins and the first appearance in district court is set for August 31, 2007 at 2:00 p.m. in Oakland. Please vacate the preliminary hearing date in your courtroom this coming Tuesday, July 24 at 10:00.

                                Very truly yours,

                                SCOTT N. SCHOOLS
                                United States Attorney

                                KESLIE STEWART
                                Assistant United States Attorney