SCOTT N. SCHOOLS (SC 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

KESLIE STEWART (CSBN 184090)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
Facsimile: (510) 637-3724
E-Mail:  Keslie.Stewart@usdoj.gov

Attorneys for Plaintiff

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RAHSAAN ROLAND ROBINSON, et al., ) <br> ) <br> Defendant. ) <br> ) | No.    CR 07-00463 MJJ <br><br> [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL CLOCK AS TO DEFENDANT ROBINSON (18 U.S.C. § 3161(h)(8)(A) and (h)(8)(iv)) |

**[PROPOSED] ORDER**

This matter came before the Court in San Francisco on July 20, 2007 at 9:30 a.m. The defendant waived indictment and was arraigned on a single count information. The Court set the matter for a first appearance in District Court in Oakland on August 31, 2007 at 2 p.m. The parties agreed and the Court found that an exclusion of time under the Speedy Trial Act to August 31, 2007 was warranted to allow for the effective preparation of counsel.

**IT IS HEREBY ORDERED** that the period of time between July 20, 2007 and August 31, 2007 is excluded from the Speedy Trial Clock because failure to grant such an exclusion would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(8)(B)(iv). The Court

1 | finds that the "ends of justice served by the granting of such continuance outweigh the best
2 | interests of the public and the defendant in a speedy trial." *See* 18 U.S.C. § 3161(h)(8)(A).

DATED: 7/24/07

_____
NANDOR J. VADAS
United States Magistrate Judge

2