AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

2007 JUL 20 PM 12: 44
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA

UNITED STATES OF AMERICA

V.

RAHSAAN ROLAND ROBINSON

**WAIVER OF INDICTMENT**

CASE NUMBER: CR07-463 MJJ

I, __RAHSAAN ROLAND ROBINSON__, the above named defendant, who is accused of

21 USC § 841(a)(1)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __July 20, 2007__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer