1  DIANA L. WEISS (SBN 121150)
   Attorney At Law
2  1563 Solano Avenue Suite 223
   Berkeley, CA 94707
3  dianaweiss@sbcglobal.net
   Telephone: (510) 847-1012
4  Facsimile: (510) 525-1321

5  Attorney for Defendant:
   RAHSAAN ROBINSON

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| UNITED STATES OF AMERICA, | ) | No. CR07-00463 MJJ |
|---|---|---|
| Plaintiff, | ) | **STIPULATION OF PARTIES TO CONTINUE TRIAL SETTING/MOTION SETTING**; **(PROPOSED) ORDER** |
| vs. | ) | |
| RAHSAAN ROBINSON | ) | |
| Defendants. | ) | |

Diana L. Weiss, attorney for defendant RAHSAAN ROBINSON, and AUSA Keslie Stewart, on behalf of the United States, do hereby stipulate:

1. That on July 20, 2006, defendant Rahsaan Robinson appeared before the Hon. Magistrate Judge Nandor Vadas and was arraigned on a single count information charging him with violating 21 U.S.C. §841(a). Mr. Robinson was ordered to appear before Hon. Judge Martin Jenkins on Friday, August 31, 2007 at 2:30 p.m. for Motion and Trial Setting.

2. The parties are currently engaged in extensive discussions that would result in a negotiated disposition of the charges. However, additional time is required.

3. In addition, counsel for defendant Robinson is unavailable to appear on August 31 and

STIPULATION & (PROPOSED) ORDER
CR07-00463 MJJ

1  September 7, 2007 due to prearranged travel plans, as well as on September 14, 2007 due to religious
2  observance.
3     Wherefore, the parties Stipulate and agree to continue the Motion and Trial Setting date to
4  September 21, 2007 at 2:30 p.m.
5     The parties further Stipulate and agree that the ends of justice served by the continuance
6  requested herein outweigh the best interests of the public and the defendant in a speedy trial because the
7  failure to grant such a continuance would unreasonable deny the defendant continuity of counsel and
8  adequate time to prepare a defense under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).
9
10 SO STIPULATED:
11
12 Dated:   August 24, 2007                         ___/S/_____
                                                    DIANA L. WEISS
13                                                  Attorney for Defendant
                                                    RAHSAAN ROBINSON
14
15
16
17 Dated: August 27, 2007                          _____/S/_____
                                                    KESLIE STEWART
18                                                  Assistant United States Attorney
19
20
21
22
23
24
25
26
27
28

STIPULATION & (PROPOSED) ORDER
CR07-00463 MJJ

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR07-00463 MJJ |
| Plaintiff, ) | (PROPOSED) ORDER CONTINUING HEARING DATE TO |
| vs. ) | SEPTEMBER 21, 2007 |
| RAHSAAN ROBINSON ) | |
| Defendant. ) | |

WHEREFORE GOOD CAUSE APPEARING, AND UPON THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT the Hearing date presently scheduled for August 31, 2007 is continued to September 21, 2007 at 2:30 p.m.

IT IS FURTHER ORDERED that the period of time between July 20, 2007 and September 21, 2007 is excluded from the Speedy Trial Clock because failure to grant such an exclusion would deny counsel for the defendant reasonable time necessary for effective preparation and interfere with defendant's right to counsel based on defense counsel's unavailability. See 18 U.S.C. 3161(h)(8)(B)(iv). The court finds that the "ends of justice served by granting of such continuance outweigh the best interests of the public and the defendants in a speedy trial." See 18 U.S.C. 2151(h)(8)(A)

STIPULATION & (PROPOSED) ORDER
CR07-00463 MJJ

1 | SO ORDERED.

5 | DATED: _____
6 | Hon. MARTIN J. JENKINS
United States District Judge

STIPULATION & (PROPOSED) ORDER
CR07-00463 MJJ