IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR07-00463 MJJ |
| Plaintiff, ) | (~~PROPOSED~~) ORDER CONTINUING HEARING DATE TO SEPTEMBER 21, 2007 |
| vs. ) | |
| RAHSAAN ROBINSON ) | |
| Defendant. ) | |

WHEREFORE GOOD CAUSE APPEARING, AND UPON THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT the Hearing date presently scheduled for August 31, 2007 is continued to ~~September 21~~, 2007 at 2:30 p.m.
    October 12

                                                                                                    10/12/2007

IT IS FURTHER ORDERED that the period of time between July 20, 2007 and ~~September 21~~, 2007 is excluded from the Speedy Trial Clock because failure to grant such an exclusion would deny counsel for the defendant reasonable time necessary for effective preparation and interfere with defendant's right to counsel based on defense counsel's unavailability. See 18 U.S.C. 3161(h)(8)(B)(iv). The court finds that the "ends of justice served by granting of such continuance outweigh the best interests of the public and the defendants in a speedy trial." See 18 U.S.C. 2151(h)(8)(A)

STIPULATION & (PROPOSED) ORDER
CR07-00463 MJJ

1   SO ORDERED.

5   DATED:  8/28/2007

    _____
    Hon. MARTIN J. JENKINS
    United States District Judge

STIPULATION & (PROPOSED) ORDER
CR07-00463 MJJ