```
SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KESLIE STEWART (CSBN 184090)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3709
Facsimile: (510) 637-3724

Attorneys for Plaintiff
```

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RAHSAAN ROLAND ROBINSON, ) <br> ) <br> Defendant. ) | No. CR 07-00463 MJJ <br><br> STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE TO OCTOBER 26, 2007 |

This matter is set for a status hearing on Friday, October 12, 2007 at 2:30 p.m. in Oakland. Given the availability of the Court's calendar as well as the status of plea negotiations between the parties, the parties jointly stipulate and request that the matter be

///
///
///
///
///
///
///
///

continued to October 26, 2007 at 2:30 p.m., or as soon thereafter as the Court is available, for a change of plea.

SO STIPULATED.

Dated: October 3, 2007

*/s/ Keslie Stewart*
KESLIE STEWART
Assistant United States Attorney

Dated: October 3, 2007

*/s/ Diana Weiss*
DIANA WEISS
Attorney for Defendant Robinson

**IT IS SO ORDERED.**

Dated: October 5, 2007

*/s/ Martin J. Jenkins*
MARTIN J. JENKINS
United States District Court Judge

2