**FILED**

OCT 26 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number        CR-07-00463-01-MJJ
Defendant's Name   RAHSAAN R. ROBINSON
Defendant's Counsel  Diana Weiss
Due Date           2/1/08 AT 2:30 PM (OAK)
                   _1_ Courtroom       Floor _4TH_

~~~~~~~~~~~NOTICE TO DEFENSE COUNSEL~~~~~~~~~~~

**The Court has directed that a:**

____XX____ Presentence Investigation
_____ Bail Investigation
_____ Bail Supervision
_____ Postsentence Investigation
_____ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **Probation Office,**
before leaving the Courthouse today to make the necessary arrangements.

                                RICHARD W. WIEKING, CLERK

✓ cc to Counsel
✓ cc to Probation             by: _Frances Stone_
                                  Frances Stone, Deputy Clerk
                                  for **Monica Narcisse**
                              Dated:   10/26/07

**US PROBATION OFFICE**~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Is defendant in custody?   Yes or No
Is defendant English speaking?  Yes or No  [Interpreter:_____]
Defendant's address: _____
_____
_____