UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE MARTIN J. JENKINS
Date: 10/26/07

**FILED**
OCT 26 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND



**Clerk:** Frances Stone for Monica Narcisse
**Court Reporter:** MARGO GURULE                3:45pm- 4:10pm

**Plaintiff:** United States

v.
                                                No. CR-07-00463-MJJ

**Defendant:** Rahsaan R. Robinson [present; not in custody]

**Appearances for AUSA:** Keslie Stewart

**Appearances for Defendant:** Diana Weiss

**Interpreter:**
**Probation Officer:**

**Reason for Hearing:**          **Ruling:**
CHANGE OF PLEA                   -HELD

Guilty Plea to Count One of the Information. Plea is with consent of counsel. Plea is accepted and entered.

**Notes:** Counsel stipulate that there is a factual basis for the plea, in the plea agreement document.

**Case Continued to:** 2/1/08 at 2:30pm    for  SENTENCING (Oakland Ctrm #1)

**Case Continued to:**          for

**Case Continued to:**          for
**Motions to be filed by:**     **Opposition Due:**

**Case Continued to**
**Case Continued to**           for    for Pretrial Conference
                                       Trial

**Excludable Delay: Category: Begins:**    **Ends:**

CC: Probation