```
DIANA L. WEISS (SBN 121150)
Attorney At Law
1563 Solano Avenue Suite 223
Berkeley, CA 94707
Telephone: (510) 847-1012
Facsimile: (510) 525-1321

Attorney for Defendant:
RAHSAAN ROBINSON
```

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RAHSAAN ROBINSON ) <br> ) <br> ) <br> Defendants. ) <br> _____ ) | No. CR07-00463 MJJ <br><br> **EX-PARTE APPLICATION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE TO ALLOW DEFENDANT TO TRAVEL OUT OF DISTRICT FOR THANKSGIVING HOLIDAY; DECLARATION OF COUNSEL IN SUPPORT; (PROPOSED) ORDER** |

    This Application is submitted on behalf of defendant Rahsaan Robinson, by and through his counsel, Diana L. Weiss, to request that this Court issue an Order modifying the conditions of his pretrial release to authorize out-of-district travel so that he may spend the Thanksgiving Holidays in El Segundo, California.   The current conditions of pre-trial release limit defendant's travel to the Northern District of California.   Both the Pretrial Services Officer and the Assistant United States Attorney assigned to this case have no objection to the granting of this request.

       This Application is based on the instant request, Declaration of Counsel in Support of Request,  and any other information that this Court deems relevant to making the determination.

                             Respectfully submitted,

                             /S/

                             DIANA L. WEISS
                             Attorney for Defendant
                             RAHSAAN ROBINSON

DIANA L. WEISS (SBN 121150)
Attorney At Law
1563 Solano Avenue Suite 223
Berkeley, CA 94707
dianaweiss@sbcglobal.net
Telephone: (510) 847-1012
Facsimile: (510) 525-1321

Attorney for Defendant:
RAHSAAN ROBINSON

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR07-00463 MJJ |
| Plaintiff, | ) | **DECLARATION OF COUNSEL IN SUPPORT OF EX-PARTE APPLICATION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE TO ALLOW DEFENDANT TO TRAVEL OUT OF DISTRICT FOR THANKSGIVING HOLIDAY** |
| vs. | ) | |
| RAHSAAN ROBINSON | ) | |
| Defendants. | ) | |

I, DIANA L. WEISS, do hereby state and declare:

1. I am an attorney licensed to practice law in the State of California and before this Court.

2. I have been retained to represent Rahsaan Robinson in the above captioned matter.

3. On June 12, 2007, Mr. Robinson was arraigned on a one count Information charging him with violating 21 U.S.C.§ 846. Mr. Robinson was released on a $100,000 bond secured by two pieces of real property.

4. On October 26, 2007, Mr. Robinson entered a plea of guilty to the one count Information and is scheduled to be sentenced in this matter on February 1, 2008.

5. Mr. Robinson's pretrial release conditions restrict his travel to the Northern District of California.

6. Mr. Robinson now requests permission to travel to El Segundo, California , which is located in the Central District of California, for the Thanksgiving Holidays. Mr. Robinson plans to travel by car

Ex-Parte Application To Travel Out of District
CR07-00463 MJJ

with his girlfriend, Gina Gray, and their 18 month old son on Wednesday, November 21, 2007 and return home to Oakland on Sunday November 25, 2007.  On Thanksgiving Day, a large family gathering is planned at the home of Ms. Gray's aunt in El Segundo and will be attended by numerous extended family members. Mr. Robinson, Ms. Gray and their son plan to stay at a nearby hotel during the visit.

    7.  On November 7, 2007, I spoke with AUSA Keslie Stewart, the prosecutor assigned to this matter.  Ms. Stewart has no objection to the granting of this request.

    8.  On November 7, 2007, I spoke with U.S. Pretrial Officer Hence Williams, who has been supervising Mr. Robinson.  Mr. Williams has no objection to the granting of this request.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my information and belief.  Executed this 14th day of November 2007 in Berkeley, CA

_____/S/_____
DIANA L. WEISS

Ex-Parte Application To Travel Out of District
CR07-00463 MJJ