IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RAHSAAN ROBINSON<br><br>　　　　　Defendant. | No. CR07-00463 MJJ<br><br>(PR~~OPOSED~~) ORDER MODIFYING<br>CONDITIONS OF PRE-TRIAL RELEASE<br>TO AUTHORIZE OUT-OF-DISTRICT<br>TRAVEL |

　　　WHEREFORE GOOD CAUSE APPEARING, AND UPON THE EX-PARTE APPLICATION OF DEFENDANT ROBINSON, IT IS HEREBY ORDERED THAT the conditions of pre-trial release are modified to allow travel outside the Northen District of California to El Segundo, California on Wednesday November 21, 2007 and return to Oakland, California on November 25, 2007.

　　　IT IS FURTHER ORDERED that defendant Robinson provide a complete itinerary to U.S. Pretrial Services prior to his leaving the district.

　　　SO ORDERED.

DATED: 11/15/2007

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. MARTIN J. JENKINS
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

(Proposed) Order
CR07-00463 MJJ