1  DIANA WEISS (SBN 121150)
   Attorney At Law
2  1563 Solano Avenue Suite 223
   Berkeley, CA 94707
3  dianaweiss@sbcglobal.net
   Telephone: (510) 847-1012
4  Facsimile: (510) 525-1321

5  Attorney for Defendant
   RAHSAAN ROBINSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| UNITED STATES OF AMERICA | ) Case No: CR07-00463MJJ |
|---|---|
| Plaintiff, | ) DEFENDANT'S SENTENCING MEMORANDUM |
| Vs. | ) |
| RAHSAAN ROBINSON | ) DATE: February 1, 2008 |
| Defendant | ) TIME: 2:30 p.m. |

This memorandum is submitted on behalf of defendant Rahsaan Robinson in advance of the February 1, 2008 sentencing hearing on Conspiracy to Possess with Intent to Distribute MDMA/Ecstasy (21 U.S.C. §§846.)  Mr. Robinson has fully and completely accepted responsibility for the offense conduct, and has entered into a negotiated disposition evidenced by a written plea agreement. All parties agree that under the advisory Sentencing Guidelines that the Total Adjusted Offense Level is 19, Criminal History Category I, and that a sentence at the low end of the Guideline Range of 30 months is reasonable and appropriate. The Presentence Report similarly finds that under the factors enumerated in 18 U.S.C. § 3553(a) a sentence of 30 months in

1  prison is reasonable.  Defendant Robinson urges this Court to impose the
2  recommended sentence of 30 months .
3
4  **Relevant Background Re: Offense Conduct**
5      On June 5, 2007, Rahsaan Robinson met  with Hieu Trung Thai, who is charged in
6  a separate case (*USA v Thai*, CR07-0470CW),  to purchase 500 MDMA/Ecstasy  pills.
7      Earlier that day, Thai had accepted delivery of a package containing 15,000 pills at
8  his home in Oakland.   The package had initially entered the U.S. from Canada and was
9  intercepted at the  border by U.S. Customs.  The delivery to Thai was surveilled by law
10 enforcement and Thai was arrested by the agents about 10 minutes after the delivery.
11 Thai agreed to participating in a controlled delivery of pills to defendant Robinson at a local
12 Kentucky Fried Chicken. The entire meeting was surveilled by federal law enforcement
13 agents.   As pre-arranged through telephone calls between the two, Thai met with
14 defendant Robinson.  Thai got into defendant Robinson's car holding a box. Thai opened
15 the box he was carrying, and removed the contents of the box.  The  arrest signal was
16 given and agents approached defendant Robinson's car.  He was placed under arrest
17 without incident.
18
19 **Relevant Background Re: Defendant Robinson's History and Character**
20     Rahsaan Robinson is a 31 year old who, except for a few moths in Texas, has
21 spent his entire life in the East Bay Area.    Rahsaan was born in Richmond.  His
22 parents divorced when he was 3.  He spent the majority of his childhood living with his
23 mother and visiting with his father on the weekends.  During his childhood, both of his
24 parents abused crack cocaine.  When he was in the 9th grade, Rahsaan's mother
25 became a Born Again Christian and completely changed her life.
26

Despite his somewhat tumultuous upbringing, Rahsaan graduated high school in June 1994 and then moved briefly to Texas to attend junior college. After one semester, Rahsaan joined the U.S. Marines. Rahsaan left the Marines during boot camp to return to the Bay Area so that he could be present at the birth of his first daughter, Rakiah.

From the time he was in high school, Rahsaan had been employed by numerous companies including Popeye's Chicken, McDonald's, PayLess Drugs, Pinkerton Security and Oakland Office of Aging, Health and Human Resources. In 1997, Rahsaan successfully passed the test for a commercial truck driving license. From 1997 through 2000, he worked for several different freight companies driving tracker-trailers both locally and long distance. Although trucking provided steady employment for Rahsaan, it also resulted in his being away from his family for long periods of time.

In 1999, his first son Rahsaan Jr. was born and in mid-2000, Rahsaan stopped commercial driving and settled back full time in the East Bay. Since that time, Rahsaan has worked for several temporary agencies, as well as the Oakland Library and for the Santa Fe Railroad Company. He has also fathered three other children, Rashuan (5), Breonna, (3), and Rayvon (18 months.) Rahsaan is very active and involved in the lives of his children, including spending weekends with them at his house.

In August, 2007, shortly after his arrest in this case, Rahsaan had a motorcycle accident while on his way to his son's Sunday morning football game. Rahsaan broke his foot in the accident, and is still healing.

Although Rahsaan has been arrested 3 times and detained 4 times, he does not suffer from any prior convictions. This case is the first time that Rahsaan will be incarcerated. This has been a very sobering experience for Rahsaan as he truly

*USA v. Rahsaan Robinson* CR07-00463MJJ
Defendant's Sentencing Memorandum                - 3 -

recognizes and understands the wrongfulness of his conduct, accepts responsibility for his actions, and realizes the effect that it has on others, including his children. Therefore, there is no question that a 30 month sentence is reasonable and will accomplish the sentencing goals of deterrence, incapacitation, and just punishment

## Conclusion

Given the factors enumerated in 18 U.S.C. §3553, the agreement of parties, and the recommendation in the Presentence Report, defendant respectfully requests that this Court impose a term of 30 months (Total Offense Level 19 Criminal History Category I).

Respectfully submitted,

_____/S/_____
DIANA L. WEISS
Attorney for Defendant
RAHSAAN ROLAND ROBINSON