JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KESLIE STEWART (CSBN 184090)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3709
   Facsimile: (510) 637-3724

Attorneys for Plaintiff

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR 07-00463 MJJ |
| ) | |
| Plaintiff, ) | UNITED STATES' SENTENCING MEMORANDUM |
| ) | |
| v. ) | |
| ) | |
| RAHSAAN ROLAND ROBINSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The Guidelines calculations in the parties' plea agreement are consistent with the calculations in the Pre-Sentence Report and result in a range of 30-37 months. The United States concurs with the Probation Officer and the defense that, taking into consideration all of the factors set forth at 18 U.S.C. § 3553(a), a low-end sentence of 30 months imprisonment is a reasonable and appropriate sentence in this case. The United States will recommend a

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

sentence of 30 months imprisonment, no fine, three years supervised release, and a $100 special assessment..

DATED: January 31, 2008               Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


   /s/
KESLIE STEWART
Assistant United States Attorney