UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
FEB 0 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**THE HONORABLE MARTIN J. JENKINS**            Courtroom Clerk:  **Monica Narcisse**

Date:  **February 1, 2008**   [2:35 - 2:47 pm]          Court Reporter: **Raynee Mercado**

Case No:  **CR07-00463-1 MJJ**

DEFENDANT:     **RAHSAAN ROBINSON**     (x) Present    ( ) Not Present    (x) In Custody

AUSA:   **Wade Rhyne for Kelsie Stewart**          DEF ATTY:   **Diana Weiss**

Interpreter:        Probation Officer:   **Sara Black**

TYPE FOR HEARING:    **Sentencing**

PRETRIAL CONFERENCE:
TRIAL SET for:

CASE CONTINUED TO:    **February 15, 2008 at 2:30 p.m. (Oak #4)**    for    **Forfeiture Issues**

BASIS TO EXCLUDE TIME GRANTED FOR:        Thru

**JUDGMENT:**    Court finds Offense Level 19, Criminal History I, leading to a Guideline Range of 30-37 months. The Court follows the PSR and sentences the defendant on count 1 of the information to **30 months custody of the BOP to be followed by 3 years supervised release** under the usual terms and conditions and the special conditions as set forth in the PSR. No fine imposed. Defendant to pay $100 special assessment which shall be paid immediately or at the rate of not less than $25 per quarter through the BOP Inmate Financial Responsibility Program while in custody. Defendant advised of his right to appeal. **SURRENDER DATE:** April 4, 2008 by 12:00 noon. See J&C for details.

Notes:    **Judge shall be entered upon resolution of forfeiture issues.**