## ~~PROPOSED~~ ORDER/COVER SHEET

**FILED**
MAR 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | | |
|---|---|---|
| **TO:** Honorable Wayne D. Brazil, U.S. Magistrate Judge | | **RE:** Rahsaan Robinson |
| **FROM:** Claudette M. Silvera, Chief U.S. Pretrial Services Officer | | **DOCKET NO.:** CR 07 00463 1 MJJ |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Hence Williams III                              510-637-3755
U.S. Pretrial Services Officer                  TELEPHONE NUMBER

**RE:** MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

**DATE:** March 26, 2008

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)
A.
B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[X] Other Instructions: Tell defendant that he will be arrested and lose the benefits (points) of self-surrender if he commits any additional violations.

_____              3/27/08
JUDICIAL OFFICER                       DATE

Cover Sheet (03/18/08)

cc: WDB's stats, Copy to parties via ECF, Pretrial, Financial, Monica Narcisse



**To:** Honorable Wayne D. Brazil
U.S. Magistrate Judge

**From:** Hence Williams III
U.S. Pretrial Services Officer

**Subject:** Rahsaan Robinson
CR 07 00463 1 ~~MMJ~~ MJJ
VIOLATION OF RELEASE CONDITOINS

**Date:** March 26, 2008

# MEMORANDUM

---

Your Honor,

Rahsaan Roland Robinson is the sole defendant charged in a Criminal Complaint with violations of Title 21, United States Code, 841(a)-Knowingly and Intentionally Possess with Intent to Distribute a Controlled Substance, Namely: Approximately 4.5 Kilograms of 3,4 Methylkenedioxy Methamphetamine (MDMA), Also Known As Ecstasy.

Mr. Robinson was released on a $100,000 unsecured bond, secured by two pieces of property, and co-signed by his aunt, mother, uncle, and pastor. The special conditions were also imposed by the Court:

1. The defendant shall remain in the third-party custody of <u>Linda Ricardo, 9718 Birch Street Oakland, California;</u>
2. The defendant shall report to Pretrial Services as directed;
3. The defendant shall maintain current employment or if unemployed shall seek and maintain verifiable employment;
4. The defendant shall surrender his passport and not apply for any new passports or travel documents;
5. The defendant's travel is restricted to the Northern District of California;
6. The defendant shall not possess any firearms, destructive devices, or other dangerous weapons;
7. The defendant shall not change residence without prior approval from Pretrial Services;
8. The defendant shall refrain from any use of alcohol and he shall refrain from any use or unlawful possession of a narcotic drug and other controlled substances without a legal prescription;
9. The defendant shall participate in drug/alcohol or mental health counseling and submit to drug/alcohol testing as directed by Pretrial Services;
10. The defendant shall comply with a curfew as directed and deemed appropriate by Pretrial Services; and
11. The defendant shall be released by the United States Marshals Services on the morning of June 13, 2007, from the Oakland Federal Courthouse Building. The defendant shall report to Pretrial Services on or before 2:00pm on June 13, 2007.

PRETRIAL SERVICES VIOLATION MEMORANDUM
FOR THE HONORABLE WAYNE D. BRAZIL, U.S. MAGISTRATE JUDGE
RE: ROBINSON, RAHSAAN ROLAND                    CASE #: 4-07-70330 WDB

### VIOLATIONS:

1. On March 24, 2008, this officer received multiple notices from BI Incorporated advising that the defendant failed to answer his phone on March 22, 2008 at 2:41am and 4:12am.

2. On March 24, 2008, office was informed by Pretrial Services Officer Paul Mamaril that he witnessed the defendant out after his curfew at a bar in Milpitas, California, on March 23, 2008.

On March 25, 2008, this officer questioned Mr. Robinson about the missed curfew calls on March 22, 2008. Mr. Robinson stated, "I was sleeping and I didn't hear the phone ring." This officer further questioned Mr. Robinson about being at a bar in Milpitas, California, after 9:30pm on March 23, 2008. Mr. Robinson stated " I'm about to go in, I want to be out and have a good time."

This officer admonished the defendant for failing to comply with the curfew condition. Mr. Robinson stated he will comply as directed as he does not want to return to court for a bail violation hearing.

The defendant is scheduled to self-surrender to the Bureau of Prisons on April 4, 2008, to serve a 33 month sentence.

**RECOMMENDATIONS:** Based upon the above information this officer questions the defendant's amenability to supervision as Mr. Robinson has shown a blatant disregard for his Court ordered release conditions. As the defendant is currently scheduled to self-surrender on April 4, 2008, Pretrial Services recommends no action be taken for these apparent violations. However, if there are any other apparent violations or the defendant's self-surrender is re-scheduled we will request a bail review hearing be held.

This memorandum is submitted for Your Honor's review and direction.

Respectfully Submitted

Hence Williams III
U.S. Pretrial Services Office

Reviewed By:

Allen Lew
Supervising U.S. Pretrial Services Officer